UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EBONY HEMPHILL, individually and on behalf of all others similarly situated — PLAINTIFF

V. — CIVIL ACTION NO. 3:24-CV-74-KHJ-ASH

HORNE, LLP — DEFENDANT

*consolidated with*

TERRY CHIZEK, on behalf of himself individually and on behalf of all others similarly situated — PLAINTIFF

V. — CIVIL ACTION NO. 3:24-CV-178-KHJ-ASH

HORNE, LLP — DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing Hemphill and Chizek's claims without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 10th day of March, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE